FREDERICK T. BUSK and Another, Copartners, etc., Appellants, v. LAMPORT & HOLT, LTD., Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied to extent indicated in order. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

THE INTERMOUNTAIN RAILWAY, LIGHT AND POWER COMPANY, Respondent, v. JOHN E. LIGGETT and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

CHARLES GOLDSTEIN, Appellant, v. EDWARD Y. LEFEVRE, Respondent.— Order of March 20, 1920, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; appeal from order of March 31, 1920, dismissed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

FRANK C. RUSSELL and Another, Copartners, etc., Respondents, v. HEILBRON WOLFF & Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

HERMAN SCHUMACHER, Appellant, v. EDWIN J. O'MALLEY, Individually and as Commissioner of Public Markets of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

TOBACCO GROWERS SOCIETY OF THE ANTILLES, Respondent, v. EDNA GRAHAM STUART and Others, Individually and as Executrix and Trustees, etc., of THOMAS STORM, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

PHILLIPS-JONES COMPANY, INC., Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v WILLIAM J. CLARKE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.